

FILED

JUN 1 4 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
Eastern District of North Carolina
Western Division

Case No. _____

(To be filled out by Clerk's Office only)

BRIAN LeVar Watson

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number  0916299

-against-

Charles            Eason

Selma  Police  Department

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

BRIAN L. WATSON
_____
Name

0916299
_____
Prisoner ID #

PAsquotANK Correctional
_____
Place of Detention

527 Commerce Drive
_____
Institutional Address

Elizabeth City            NC            27906 - 5005
_____
City                      State         Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Charles                    Eason
                Name

                Officer / Detective
                Current Job Title

                1200 South Pollock Street
                Current Work Address

                Selma              N. C.          27576
                City               State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:    Selma Police Department
                Name

                _____
                Current Job Title

                1200 South Pollock Street
                Current Work Address

                Selma              N.C.           27576
                City               State          Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Case 5:21-ct-03167-M   Document 1   Filed 06/14/21   Page 3 of 10

## Defendant(s) Continued

Defendant 3: _____
　　　　　　　Name

　　　　　　　_____
　　　　　　　Current Job Title

　　　　　　　_____
　　　　　　　Current Work Address

　　　　　　　_____
　　　　　　　City　　　　　　　　State　　　　　　Zip Code

　　　　　　　Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____
　　　　　　　Name

　　　　　　　_____
　　　　　　　Current Job Title

　　　　　　　_____
　　　　　　　Current Work Address

　　　　　　　_____
　　　　　　　City　　　　　　　　State　　　　　　Zip Code

　　　　　　　Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Johnston County, N.C._

Date(s) of occurrence: _Arrest date: May 2016 ; conviction date: Jan. 2017_
_exoneration date: Sept. 2019_

State which of your federal constitutional or federal statutory rights have been violated:

_My right to a fair trial. Wrongful imprisonment_ ~~conviction~~

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> First of all, a law enforcement officer charged me with Malicious Conduct by prisoner under false pretenses. Secondly, this same officer knowingly and willingly committed perjury at trial. His perjury was material to my having been convicted. Upon conviction i appealed the verdict. The conviction was later overturned/VACATED because the indictment contained a fatal variance. I ended up having a second trial. At the second trial the officer adhered to his previous testimony from the first trial therefore, committing perjury a second

> time. However, i produced evidence that proved his testimony to be false and i was found not guilty of Malicious Conduct by Prisoner.
> At the first trial my sentence for the offense was 30 — 36 months. By the time i had the second trial i had already served 35 months of that sentence. So this is the basis of my civil suit. I am

[box at left:] Who did what to you?

Page 5 of 10

seeking monetary compensation *relief* for having served a sentence for an offense i never committed.

**What happened to you?**

I believe ~~my~~ due process was violated. I believe my right to a fair trial was violated when the officer committed perjury. At the first trial, the odds were already against me from the start being that the plaintiff was a law enforcement officer. ~~While~~ He used this *status* ~~position~~ to his advantage to help convince ~~guarantee~~ the jury ~~of the date of his testimony~~ that his testimony was true.

**When did it happen to you?**

**Where did it happen to you?**

What was
your
injury?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☐ Yes    ☑ No

If no, explain why not:

A grievance doesn't apply to my situation. I'm not suing a prison official.

Is the grievance process completed?    ☐ Yes    ☑ No

If no, explain why not:

N/A

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

N/A    Monetary compensation Relief

## VIII.   PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☐ Yes        ☑ No

       If yes, how many?   _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

5 - 1 - 2021
_____
Dated

_____
Plaintiff's Signature

BRIAN LeVAR WATSON
_____
Printed Name

0916299
_____
Prison Identification #

527 Commerce Dr.          Elizabeth City          N.C.   27906 - 5005
_____
Prison Address                          City                          State      Zip Code